■ PATRICE SUTPHEN, Appellant, v METROPOLITAN INSURANCE AND ANNUITY COMPANY, Respondent. [604 NYS2d 740] — Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Doyle, J.), entered March 18, 1991.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Doyle at the Supreme Court. Rosenblatt, J. P., Lawrence, O'Brien and Ritter, JJ., concur.